

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>WILLIAM TYLER BECK<br><br>*Defendant(s)* | )<br>)  Case No.  18-2313-SAG<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____March 5, 2017____ in the county of ____Queen Annes____ in the _____ District of ____Maryland____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sections 2422(b); 2251(a) | Enticement of a Minor for the Purposes of Engaging in Illegal Sexual Activity; Production of Child Pornography |

This criminal complaint is based on these facts:

See Affidavit of Special Agent Christine D. Carlson which is attached and incorporated herein by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Christine D. Carlson, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Aug 22, 2018

*Judge's signature*

City and state:  Baltimore, Maryland     Stephanie A. Gallagher, U.S. Magistrate Judge
*Printed name and title*