

# AFFIDAVIT IN SUPPORT OF APPLICATION FOR COMPLAINT & ARREST WARRANT

I, Christine Carlson, a Special Agent with Homeland Security Investigations (HSI), Baltimore, Maryland, being duly sworn, depose and state as follows:

## PURPOSE OF THE AFFIDAVIT

1.  This affidavit is submitted in support of a criminal complaint and arrest warrant for **WILLIAM TYLER BECK** ("BECK"), born in 1991, for violations of Title 18 U.S.C. Section 2251(a) (production of child pornography); and Title 18 U.S.C. Section 2422(b) (enticement of a minor). The statements in this affidavit are based in part on information and reports provided by Sheepdogbloodhound.org, LiveMe.com, and Special Agents of HSI, and on my experience and background as a Special Agent of HSI. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.

## AGENT BACKGROUND

2.  I have been an Agent since June 1996. As part of the daily duties as an HSI Special Agent, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of Title 18, U.S.C. §§ 2251 and 2252A. I have gained experience through training in seminars, classes, and daily work related to conducting these types of investigations. Specifically, I have received formal training through U.S. Customs, HSI, and other agencies in the area of child pornography, pedophile behavior, collectors of other obscene material, and internet crime. I have participated in the execution of numerous search warrants, of which the majority has involved child exploitation and/or child pornography offenses. Many of the child exploitation and/or child pornography search warrants

resulted in the seizure of computers, cell phones, magnetic storage media for computers, other electronic media, and other items evidencing violations of federal laws, including various child exploitation offenses found in Chapter 110 of Title 18 of the United States Code. I have also participated in the execution of numerous search warrants for online accounts, such as email accounts, online storage accounts and other online communication accounts related to child exploitation and/or child pornography. In the course of my employment with the HSI, I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media and within online accounts.

3. As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

## PROBABLE CAUSE

4. On August 22, 2018, a search warrant was executed at the following locations:

   a. **The premises located at 614 Murphy Road, Centreville, Maryland 21617;**

   b. **The person of William Tyler Beck; and**

   c. **The maroon Pontiac SUV, Maryland tag 1BV8850.**

5. The Affidavit, Search Warrants, and Search Warrant Applications are attached to this Affidavit as Exhibit 1, and incorporated by reference.

6. During the execution of the search warrant investigators located an iPhone on the couch in the living room where **BECK** slept the night before. The alarm on the iPhone was going off. During a forensic preview of BECK's iPhone, several conversations with self-purporting minors were located in the direct message feature of the smartphone app Live.Me. Within some

of the conversations, BECK was purporting to be a 16-year-old male and at times extorted the minor females to obtain more images. The username of the Live.Me account was 10Tyler10. Additionally, in the iPhone's photo gallery, several hundred images of age difficult females exposing their genitalia.

7. During an interview with BECK, BECK admitted to using the Live.Me usernames 24Tyler and 10Tyler10 to communicate with minors. Although he didn't recall specifically communicating with the 9-year-old female from Kentucky, BECK identified himself in a screenshot of a livestream video BECK streamed on Live.Me while communicating with the minor female in Kentucky. BECK stated the livestream was taken in his basement bedroom at his parent's residence in Rock Hall, Maryland. BECK also admitted to sometimes posing as a 16-year-old male on Live.Me because it was easier to get photos from the minor girls. BECK also admitted to having a sexual interest in children.

## CONCLUSION

8. Based upon all of the information set forth in this application, I respectfully submit that there is probable cause to believe that **WILLIAM TYLER BECK** violated Title 18 U.S.C. Section 2251(a) (production of child pornography); and Title 18 U.S.C. Section 2422(b) (enticement of a minor).

9. I affirm under penalty of perjury that the facts and circumstances outlined in this affidavit are true and accurate to the best of his knowledge and belief.

                                                    Special Agent Christine Carlson
                                                  Homeland Security Investigations

18-2313-SAG

Sworn to me this 22 day of August, 2018.

_____
Stephanie A. Gallagher
United States Magistrate Judge

4