# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| **v.** | : | **Case No. SAG-19-0550** |
| | : | |
| **WILLIAM TYLER BECK** | : | |
| | : | |
| **Defendant** | : | |

## UNOPPOSED MOTION TO EXTEND THE DATE FOR THE INITIAL DISCLOSURE OF THE PRE-SENTENCE REPORT AND TO MODIFY THE SENTENCING ORDER

William Tyler Beck, the Defendant, by and through counsel, James Wyda, Federal Public Defender, hereby respectfully moves this Honorable Court to extend the date for the initial disclosure of the Pre-Sentence Report (PSR) until October 1, 2021, and to modify the Court's Sentencing Order (ECF 46) accordingly. In further support, Mr. Beck states as follows:

1. Mr. Beck has pleaded guilty to a violation of 18 U.S.C. § 2422(b). Sentencing is currently scheduled for November 23, 2021.

2. The Court's Regular Sentencing Order set August 25, 2021 as the date for the initial disclosure of the PSR. *See* ECF 46, 1.

3. Counsel has not secured Mr. Beck's signed PSR release forms. Thus, United States Probation Officer Manisha Garner has been unable to fully complete the PSR. The release forms should be signed and returned shortly. The undersigned therefore requests an extension in the date for the initial disclosure of the PSR from August 25, 2021 until October 1, 2021 to give Ms. Garner additional time to collect records and information for inclusion in the PSR.

4. Counsel proposes to modify the Sentencing Order to allow for fourteen (14) days from October 1, 2021 (until Monday, October 15, 2021) for both parties to note objections to the

PSR.  A final PSR will be filed by October 26, 2021.  This will provide the parties with ample time to complete sentencing memoranda by November 9, 2021, two (2) weeks in advance of sentencing.

    5.  Government counsel and Probation consent to this request.  A proposed Order is attached.

**WHEREFORE**, Mr. Beck moves for an ORDER extending the date for the initial disclosure of the PSR to October 1, 2021, and a modification to the Sentencing Order as noted herein.

        Respectfully submitted,

        JAMES WYDA
        Federal Public Defender

            /s/
        JAMES WYDA (#25298)
        Federal Public Defender
        Office of the Federal Public Defender
        100 South Charles Street
        Tower II, 9th Floor
        Baltimore, Maryland 21201
        Telephone:  (410) 962-3962
        Facsimile:   (410) 962-3976
        Email: jim_wyda@fd.org