**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **CASE NO: SAG-19-0550** |
| **WILLIAM TYLER BECK** | |

**MOTION TO SEAL**
**GOVERNMENT'S SENTENCING MEMORANDUM**

The United States of America, pursuant to 18 U.S.C. § 3509(d)(2) (Child Victims' and Child Witnesses' Rights), moves this Honorable Court to order and direct that, this the Government's Sentencing Memorandum and attachments should be **SEALED**.

The Government's Sentencing Memorandum contains information that could identity minor victims and disclose the identities of witnesses who may be cooperating with the government. Therefore, the government respectfully requests that the Government's Sentencing Memorandum be sealed.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: /s/ Paul E. Budlow
Paul E. Budlow
Assistant United States Attorney

1